# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE MEREDITH,<br><br>        Plaintiff,<br><br>v.<br><br>NOAH'S PARK PRESCHOOL *et al.*,<br><br>        Defendants. | Civil No. 09cv1275-L(NLS)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the Joint Motion for Dismissal with Prejudice is **GRANTED**. Defendants' motion to dismiss pursuant to Federal Rule of Civil Procedure is **DENIED AS MOOT**. This action is hereby **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED**.

DATED: August 25, 2009

M. James Lorenz
United States District Court Judge